UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYNARD CUMMINGS,<br><br>    Plaintiff,<br><br>vs.<br><br>MIKE MARTEL, Acting Warden, California State Prison at San Quentin,<br>    Defendant | Case No.: CV 95-7118-CBM<br><br>JUDGMENT |

For the reasons set forth in the Order Denying Relief as to Claims 28, 24, and 55, issued simultaneously with this judgment, and this Court's prior orders granting summary judgment in favor of Respondent as to all other claims, Petitioner Raynard Cummings' Amended Petition for Writ for Habeas Corpus, filed on October 13, 1998 is DENIED and dismissed. This order constitutes final disposition of the petition by the Court. Consistent with this order, the Court vacates the stay of execution previously granted.

    IT IS SO ORDERED.

Dated: July 28, 2011

                                    CONSUELO B. MARSHALL
                                  UNITED STATES DISTRICT JUDGE